**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1921**

In re:  DAVID HILL,

        Petitioner.

On Petition for Writ of Mandamus.
(1:01-cr-00191-CMH-1)

Submitted:  February 19, 2019          Decided:  February 28, 2019

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for reconsideration of the court's prior order denying Hill's authorized, successive 28 U.S.C. § 2255 (2012) motion. Hill seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by order entered on December 21, 2018, the district court denied Hill's motion for reconsideration. Accordingly, because the district court recently decided Hill's motion, we deny the mandamus petition as moot. We grant Hill leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*